557 A.2d 1062

**RADO MECHANICAL CORPORATION and Antonio
D. Rado, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF GEN-
ERAL SERVICES; Hon. David L. Jannetta, Secretary, De-
partment of General Services, H.P. Anderson, Deputy Secre-
tary, Public Works, Department of General Services, and G.R.
Sponaugle & Sons, Inc.**

Supreme Court of Pennsylvania.

Argued May 2, 1989.
Decided May 10, 1989.

Michael R. Lynn, Bloomsburg, for appellants.

James J. Kutz, Harrisburg, for appellee G.R. Sponaugle and Sons, Inc.

William W. Warren, Jr., Chief Counsel, Scranton, P. Alan Zulick, Dep. Chief Counsel, Norristown, Gary F. Anka-brandt, Chief, Procurement and Governmental Operations, Carlisle, Joseph F. Greenfield, Asst. Counsel, for appellee Dept. of Gen. Services.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.